1  THOMAS P. KLEIN (Cal. State Bar No. 148585)
   TKLEIN ASSOCIATES, INC.
2  One Kaiser Plaza, Suite 470
   Oakland, CA  94612
3  Telephone:  (510) 268-0020
   Facsimile:   (510) 268-0022
4
   Attorneys for Defendant
5  Purolator Advanced Filtration Group, Inc.

6

7  DAVID P. FOOS (Cal. State Bar No. 83430)
   BEYER, PONGRATZ & ROSEN
   A Professional Law Corporation
8  3230 Ramos Circle
   Sacramento, CA  95827
9  Telephone:  (916) 369-9750
   Facsimile:   (916) 369-9760
10
   Attorneys for Plaintiff
11 Ernestina Gamboa

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14
                         SACRAMENTO BRANCH
15

16
   ERNESTINA GAMBOA,                    Case No.: 2:07-CV-00112-LKK-KJM
17
            Plaintiff,                  **STIPULATION AND ORDER DISMISSING ACTION**
18      v.

19 PUROLATOR ADVANCED FILTRATION
   GROUP, INC., DOES 1 through 50, inclusive,
20
            Defendants.
21

22

23

24     IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Ernestina Gamboa

25 and defendant Purolator Advanced Filtration Group, Inc., through their respective attorneys of record,

26 that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-entitled action may be

27 and hereby is dismissed, with prejudice, with each party to bear its own costs, disbursements and

28 / / /

---

**STIPULATION FOR DISMISSAL OF ACTION**                    [Case No.   2:07-CV-00112-LKK-KJM]

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  attorneys' fees.  Gamboa agrees to take any further action that may be necessary to effect the full and
2  final dismissal of the Action with prejudice.

THOMAS P. KLEIN
TKLEIN ASSOCIATES, INC.

Dated:  May 15, 2007.            By:   /s/
                                       Thomas P. Klein
                                       Attorneys for Defendant
                                       Purolator Advanced Filtration Group, Inc.


DAVID P. FOOS
BEYER, PONGRATZ & ROSEN

Dated:  May 15, 2007.            By:   /s/
                                       David P. Foos
                                       Attorneys for Plaintiff
                                       Ernestina Gamboa


### ORDER

Based on the above stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY SO ORDERED.

Dated:  May 25, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL OF ACTION                    [Case No.   2:07-CV-00112-LKK-KJM]

PDF created with pdfFactory trial version www.pdffactory.com